UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO.: 5:07-CV-00072-TBR

MELISSA BARNES, CHRISTOPHER L. BARNES,
and EARLINE SAXTON                                                                    PLAINTIFFS

v.

ILLINOIS CENTRAL RAILROAD COMPANY
d/b/a CANADIAN NATIONAL/ILLINOIS CENTRAL
RAILROAD and JONES HAMILTON COMPANY                                DEFENDANTS

and

JONES HAMILTON COMPANY                                          THIRD-PARTY PLAINTIFF

v.

DURALINE SYSTEMS, INC.                                          THIRD-PARTY DEFENDANT

**OPINION AND ORDER**

This matter is before the Court upon Third-Party Defendant's Motion for Leave to File Sur-Reply to Plaintiffs' Reply in Support of Motion to File Amended Complaint (Docket #42). The motion is unopposed.

The Court being duly and sufficiently advised, IT IS HEREBY ORDERED that Third-Party Defendant's Motion for Leave to File Sur-Reply is GRANTED. The sur-reply attached to Third-Party Defendant's motion is deemed filed as of this date.